UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUND DRILLING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WYCO FIELD SERVICES, LLC,<br><br>Defendant. | CASE NO. C22-0112JLR<br><br>ORDER OF REFERENCE |

This action is assigned to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear the cause number C22-0112JLR-JRC. The court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge J. Richard Creatura all motions to amend or supplement the pleadings under Federal Rule of Civil Procedure 15, and all motions related to discovery

ORDER - 1

disputes, including but not limited to motions to compel discovery, motions for a protective order related to discovery, and motions related to issues of privilege. *See* 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge J. Richard Creatura's rulings concerning the above-described discovery motions. *See* Fed. R. Civ. P. 72(a); Local Rules W.D. Wash. MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court also hereby refers to Magistrate Judge J. Richard Creatura for preparation of a report and recommendation all motions (1) for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b);[1] (2) for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure 12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b). *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this court after Magistrate Judge J. Richard Creatura files a report and recommendation. *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

Accordingly, the court ORDERS that the above-entitled action is referred to Magistrate Judge J. Richard Creatura for the specific purposes and types of motions described herein. The court further DIRECTS and EMPOWERS Magistrate Judge J.

---

[1] For motions for a temporary restraining order, Magistrate Judge J. Richard Creatura is authorized to prepare the order as recommended for the undersigned's signature.

1 Richard Creatura to conduct hearings and make further necessary orders consistent with
2 28 U.S.C. § 636, the local rules, and this order.
3      Dated this 9th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　 A
　　　　　　　　　　　　　　　　　　　　　 JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　 United States District Judge

ORDER - 3