UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SOUND DRILLING LLC,

                Plaintiff,

      v.

WYCO FIELD SERVICES LLC,

                Defendant.

CASE NO. 2:22-cv-00112-JLR-JRC

ORDER AMENDING DEADLINES

This matter is before the Court on referral from the District Court. *See* Dkt. 7.

Pursuant to the parties' joint email request, the Court amends the scheduling order as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Fed. R. Civ. P. 26(f) conference | February 25, 2022 | March 25, 2022 |
| Initial disclosures due | March 11, 2022 | April 8, 2022 |
| Combined joint status report and discovery plan due | March 18, 2022 | April 15, 2022 |

ORDER AMENDING DEADLINES - 1

1       *See* Dkt. 13, at 2 (allowing email requests for extensions).  The parties shall otherwise

2 comply with the Court's scheduling order.  *See* Dkt. 13.

3       Dated this 22nd day of February, 2022.

4

5                                         J. Richard Creatura

6                                         Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24