JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOUND DRILLING LLC, a Washington limited liability company,

        Plaintiff,

   v.

WYCO FIELD SERVICES, LLC, a foreign limited liability company,

        Defendant.

NO. 2:22-cv-00112-JLR-JRC

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE

Note for Motion Calendar: December 6th, 2022

Plaintiff Sound Drilling LLC and Defendant WYCO Field Services, LLC, by and through their respective undersigned counsel of record, jointly move for the dismissal of this action, with prejudice and without an award of costs or expenses to any party.

//
//
//
//
//
//
//

{DFS2724275.DOCX;1/12781.000001/ }
STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR DISMISSAL WITH PREJUDICE - 1
2:22-cv-00112-JLR-JRC

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215

DATED this 29th day of November, 2022.

| ANDERSON HUNTER LAW FIRM, P.S. | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By _____<br>G. Geoffrey Gibbs, WSBA #6146<br>C. Michael Kvistad, WSBA #36385<br>Ian M. Johnson, WSBA #39724<br>2707 Colby Avenue, Suite 1001<br>Everett, Washington 98201<br>Tel: 425.252.5161<br>Fax: 425.258.3345<br>ggibbs@andersonhunterlaw.com<br>mkvistad@andersonhunterlaw.com<br>ijohnson@andersonhunterlaw.com<br>Attorneys for Plaintiff Sound Drilling LLC | By  /s/Daniel F. Shickich<br>Daniel F. Shickich, WSBA #46479<br>Geoff Bridgman, WSBA #25242<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164-2008<br>Tel: 206.447.7000<br>Fax: 206.447.0215<br>dshickich@omwlaw.com<br>gbridgman@omwlaw.com<br>Attorneys for Defendant WYCO Field Services, LLC |

## ORDER

IT IS SO ORDERED.

DATED this  6th  day of December, 2022.

_____
The Honorable James L. Robart
United States District Judge

{DFS2724275.DOCX;1/12781.000001/ }
STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE - 2
2:22-cv-00112-JLR-JRC

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, WA 98164
Tel: 206-447-7000/Fax: 206-447-0215